## 25999. Bennett *v.* The State.

MacIntyre, J. 1. The rulings in *Woodson* v. *Paulk,* 139 *Ga.* 783 (78 S. E. 35), and *Smith* v. *Whiddon,* 138 *Ga.* 471 (75 S. E. 635), are controlling on the issues in the present case. See also *Roberts* v. *Eatonton,* 50 *Ga. App.* 592 (179 S. E. 144).

2. "The case of *Smith* v. *Whiddon,* supra, after review, is affirmed, and distinguished from the older case of *Hartfield* v. *City of Columbus,* 109 *Ga.* 112 (34 S. E. 288)." *Woodson* v. *Paulk,* 139 *Ga.* 783 (78 S. E. 35).

3. Any ruling in *Anglin* v. *State,* 12 *Ga. App.* 159, 161 (76 S. E. 992), which conflicts with the rulings in *Smith* v. *Whiddon,* or *Woodson* v. *Paulk,* supra, must yield to them.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

Decided February 2, 1937.

*J. P. Knight, A. J. Little,* for plaintiff in error.
*Hamilton Burch, solicitor,* contra.

## 26017. Peek *v.* The State.

Broyles, C. J. The evidence authorized the verdict; and it was not error to overrule the motion for new trial containing the general grounds only.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

Decided February 2, 1937.

*J. A. Mitchell,* for plaintiff in error.
*J. Cecil Davis, solicitor-general,* contra.